IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KENNETH D. HICE                                                                                         PLAINTIFF

v.                                    CASE NO. 2:21-cv-2151

KEISHA PHELPS; CLEAVLAND STEWART;
DOCTOR ELKINS; SHERIFF JASON MASSEY;
and INVESTIGATOR HOWARD BATES                                                            DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 50) from U.S. Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court grant Defendants' Motion for Summary Judgment (Doc. 40). The Court has conducted careful review of this case. The report and recommendation is [otherwise] proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment (Doc. 40) is GRANTED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this August 14, 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE